IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN COLLINS, | ) | CASE NO.: 1:09 CV 347 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| KEITH SMITH, Warden, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court pursuant to the Petitioner's unsigned Motion to Voluntarily Dismiss his Petition. (ECF #17)  Magistrate Judge George J. Limbert issued a Report and Recommendation recommending that the Court grant Petitioner's Motion and dismiss the Petition without prejudice if Petitioner files a signed copy of the motion. (ECF #19)  Thereafter, Petitioner filed a Motion to Reinstate the Habeas Corpus Petition (ECF #20) stating that the Motion to Voluntarily Dismiss the Petition was filed by another prisoner, a law library clerk, without his knowledge or consent.  In as much as the Petition has not been dismissed, Petitioner's Motion to Reinstate (ECF #20) is denied.  Moreover, the Report and Recommendation is not adopted and Petitioner's unsigned Motion to Voluntarily Dismiss the Petition (ECF #17) is Denied.  This matter is returned to the Magistrate Judge for all further proceedings.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: November 22, 2010